PLATZER, SWERGOLD, LEVINE,
GOLDBERG, KATZ & JASLOW, LLP
475 Park Avenue South, 18th Floor
New York, NY 10016
Tel. (212) 593-3000
Fax. (212) 593-0353
Clifford A. Katz, Esq.
*Proposed Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

SASCO HILL BRANDS LLC,

                 Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 18-11780

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTY RULE 1007-2

STATE OF NEW YORK    )
                                 )ss.:
COUNTY OF NEW YORK )

        GLENN C. POLLACK, being duly sworn deposes and says:

        1.      I am the Manager of GB Manager LLC ("GB Manager"). GB Manager is the Manager of Ghurka Brands Holdings LLC ("Ghurka Brands"). Ghurka Brands is the Manager of Sasco Hill Brands LLC (the "Debtor"). I am fully familiar with the Debtor's business, financial information, and the facts set forth herein. I have been duly authorized to submit this affidavit which is hereby submitted in accordance with Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York.

        2.      The Debtor, under the name "Ghurka", designs and manufactures handmade leather briefcases, bags, gifts and travel products, and accessories (the "Products"). The Debtor sells its Products through its proprietary online website and through a select number of wholesale

retailers. Ghurka Brands is a holding company, being the sole member of the Debtor. Ghurka Brands owns 100% of the stock of Ursa Minor B.V., which owns certain intellectual property utilized by the Debtor in the production and sale of its Products.

3. The Debtor received financing through Gordon Brothers Brands, LLC ("GBB") pursuant to a certain letter agreement dated August 24, 2017 (the "Letter Agreement") and related documents (collectively, the "Loan Documents"). Certain non-payment related covenant defaults occurred under the Loan Documents. Pursuant to said defaults, GBB immediately seized the Debtor's bank accounts and refused to allow the Debtor to utilize said funds without its prior consent for each payment. Based on the foregoing, the Debtor initially consented to an Article 9 sale of its assets in satisfaction of its obligations to GBB and its creditors. However, it became apparent that the Article 9 sale would not result in a recovery sufficient to satisfy the Debtor's obligations to GBB and its remaining creditors and accordingly, it was necessary for the Debtor to file the instant Chapter 11 bankruptcy case to preserve its assets.

4. No prior case has been commenced by or against the Debtor under Chapter 7 or 11 of the Bankruptcy Code.

5. Upon information and belief, as of the date hereof, there has not been a formation of a committee of unsecured creditors.

6. A list of the Debtor's twenty (20) largest unsecured creditors is attached hereto as **Schedule "1"**.

7. Attached hereto as **Schedule "2"** is a list of the Debtor's five largest secured creditors including the amounts of the claim, a brief description, and an estimate of the value securing the claim, and indication of whether or not the claim or lien is disputed.

8. A summary of the Debtor's assets and liabilities as of April 30, 2018 is attached hereto as **Schedule "3"**.

9. The Debtor has no securities that are publicly held, the Debtor is a privately held corporation.

10. Substantially all of the Debtor's inventory is currently with its fulfillment services provider, Total Reliance Warehouse, 11 Corn Road, Suite B, South Brunswick, New Jersey 08810.

11. The Debtor does not own any real property.

12. Attached hereto as **Schedule "4"** is a list of the premises the Debtor leases and the monthly rents with respect to each lease.

13. The Debtor's office equipment and computer equipment is located at 205 Hudson Street, Suite 08-106, New York, New York 10013. The Debtor's inventory is located at Total Reliance Warehouse, 11 Corn Road, Suite B, South Brunswick, New Jersey 08810 and Mayan Corporation, 79 Day Street, Norwalk, Connecticut 06854.

14. The Debtor's books and records are located at 600 Superior Avenue East, Suite 1800, Cleveland, Ohio 44114.

15. The Debtor does not have any material assets outside of the United States.

16. Attached hereto as **Schedule "5"** is a list of all actions or proceedings pending against the Debtor or its property with a list of judgments, if any.

17. The following individuals comprise the Debtor's existing senior management: Glenn Pollack – Manager; Steve Latkovic - Manager.

18. It is estimated that the amount of bi-weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the thirty (30) day period following the filing of the Chapter 11 petition is $9,500.00.

19. The amount paid and proposed to be paid for services for the thirty (30) day period following the filing of the Chapter 11 petition to any officers, directors, stockholders, or business consultants is $0.00.

20. Attached hereto as **Schedule "6"** is the Debtor's Cash Flow Statement.

21. Included with the filing of this petition is a proposed case conference order.

**SASCO HILL BRANDS LLC**

By: Ghurka Brands Holdings LLC
Its: Manager

By: __/s/ Glenn C. Pollack____
  GB Manager LLC
  Glenn C. Pollack, Manager

Sworn to before me this
12th day of June, 2018

*/s/ Teresa Sadutto-Carley*
NOTARY PUBLIC, STATE
OF NEW YORK
No. 02SA6358210
Qualified in New York County
Commission Expires May 8,
2021

# SCHEDULE 1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sasco Hill Brands LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Mayan Corporation<br>79 Day Street<br>Norwalk, CT 06854 | | | | | | $118,901.44 |
| McCarthy, Lebit, Crystal et al<br>101 West Prospect Avenue<br>Suite 1800<br>Cleveland, OH 44115 | | | | | | $103,769.67 |
| Krupp Public Relations, Inc.<br>37 W. 28th Street, 6th Floor<br>New York, NY 10001 | | | Disputed | | | $71,911.48 |
| Jessica Eno<br>163 Remsen Street, 3F<br>Brooklyn, NY 11201 | | | Disputed | | | $42,607.51 |
| Meidan Kleitman<br>28 Lott Lane<br>Staten Island, NY 10314 | | | Disputed | | | $28,325.00 |
| Short Hills Associates LLC<br>Department 53501,<br>PO Box 67000<br>Detroit, MI 48267-0535 | | | | | | $26,488.72 |
| Skorpios Leathergoods<br>General Luque Arenas, 18<br>Ubrique, CZ 11600<br>Spain | | | | | | $26,181.00 |

Debtor   **Sasco Hill Brands LLC**              Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Valigeria Bertoni S.R.L. 21100 Varese- Italy- Via Molini Trotti, 11/13 | | | | | | $24,242.23 |
| Nomad Industries, Inc 1170 Broadway New York, NY 10001 | | | Disputed | | | $23,850.00 |
| Emerald Expositions, LLC 317 West 33rd Street, New York, NY 10001 | | | | | | $22,138.85 |
| Luxelite 5289 NW 89th Dr Coral Springs, FL 33067 | | | Disputed | | | $20,293.60 |
| Bieri & Ames Attorneys and Counselors 660 Woodward Ave, Suite 150 Detroit, MI 48226 | | | | | | $17,623.62 |
| Prelude Painting Corp. 4 Clark Place Port Chester, NY 10573 | | | | | | $13,881.56 |
| Olga Godoy, S.L. Pol. Ind. "Cuestecilla de Cast ro" - Avda. De los Viajantes, n 12-14- 11600 UBRIQUE (Cadiz) | | | Disputed | | | $12,381.38 |
| Tri-State Crating and Pallet 85 Fulton Street Paterson, NJ 07501 | | | Disputed | | | $12,283.23 |
| Riskified Ltd 30 Kalisher, 6th Floor, Tel Aviv, Israel 6525724 | | | | | | $11,116.83 |
| Instart Logic Inc 450 Lambert Avenue, Palo Alto, Palo Alto, CA 94306 | | | | | | $10,887.52 |
| Ellecta Interactive d.o.o. Strahinjica Bana 55, 11000 Belgrade, Serbia | | | | | | $9,430.00 |

Debtor   **Sasco Hill Brands LLC**   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WB Mason<br>59 Centre Street<br>Attn K. McKinnon<br>Brockton, MA 02301 | | | | | | $9,090.19 |
| Wolters Kluwer<br>111 8th Avenue, 13th Fl<br>New York, NY 10011 | | | | | | $8,032.00 |

# SCHEDULE 2

### LIST OF CREDITORS HOLDING 5 LARGEST SECURED CLAIMS

| | |
|---|---|
| Gordon Brothers Brands, LLC<br>800 Boylston Street, 27th Fl<br>Boston, MA  02199 | $3,000,000.00<br>(Disputed) |
| Green Bull Bags Jr. LLC<br>c/o Candlewood Partners<br>600 Superior Avenue East, Suite 1800<br>Cleveland, OH  44114<br>Attn:  Stephen J. Latkovic | $715,300.00 |
| GB Lender LLC<br>c/o Candlewood Partners<br>600 Superior Avenue East, Suite 1800<br>Cleveland, OH  44114<br>Attn:  Stephen J. Latkovic | $2,100,000.00 |

# SCHEDULE 3

G:\wpdocs\working\bankruptcy\Ghurka\Bkrtcy-Ghurka\Commence BK Petition\1007-2 Affidavit Sasco.doc

**Sasco Hill Brands LLC**
**Balance Sheet**
**For the Period ended April 30, 2018**

| Description | 4/30/2018 |
|---|---:|
| Chase Checking | 182,962 |
| Petty Cash | 200 |
| **Cash** | **183,162** |
| | |
| Accounts Receivable | 160,142 |
| Finished goods inventory | 1,857,662 |
| Non-finished goods inventory | 467,263 |
| **Total Current Assets** | **2,668,230** |
| | |
| PP&E, net | 48,035 |
| **Capital Assets** | **48,035** |
| | |
| Security Deposits | 303,197 |
| Deferred Interest | 17,108 |
| Deferred Financing Costs | 146,452 |
| PrePaid Expense | 41,625 |
| **Other Assets** | **508,382** |
| **Total Assets** | **3,224,646** |
| | |
| Accounts Payable | 819,765 |
| Accrued Other | 167,660 |
| Accrued Interest | 181,618 |
| Short Term Secured Debt | 2,400,000 |
| Last-Out Term Loan | 700,000 |
| Bridge Note | 1,565,300 |
| **Total Current Liabilities** | **5,834,343** |
| | |
| 32000 Partners Capital | 86,776 |
| Member Equity | (1,926,801) |
| Net Income | (769,671) |
| **Total Equity** | **(2,609,696)** |
| **Total Liabilities & Equity** | **3,224,647** |

(0)

## SCHEDULE 4

**Landlord:**
WeWork
115 W. 18th Street
New York, NY 10011

**Monthly Rent/Tax:**
Prepaid until 7/31/18

**Location:**
205 Hudson St.
Suite 08-106
New York, NY 10013

# SCHEDULE 5

## Pending Litigation

Krupp Public Relations, Inc. d/b/a
Krupp Group v. Ghurka Trading & Design LLC and
Sasco Hill Brands LLC
Supreme Court of the State of New York
County of New York
Index No. 153392/2018
Pending Civil Action

Jessica Eno v. Ghurka Trading & Design LLC and
Sasco Hill Brands LLC
Supreme Court of the State of New York
County of New York
Index No. 650474/2018
Pending Civil Action

Carlos Jorge v. Sasco Hill Brands LLC, et al.
United States District Court, SDNY
Case No. 17-09470
Settled Civil Action

Mary Cleary Drywall and Carpentry, LLC v.
Sasco Hill Brands, LLC d/b/a Ghurka
In the Court of Common Pleas
Montgomery County, PA
No. 2018-00889
Pending Civil Action

Tri-State Crating and Pallet Co.
v. Sasco Hill Brands, LLC et al.
Superior Court of New Jersey
Law Division: Passai County
Docket No. PAS L 001104 18
Pending Civil Action

**Natalie Smith**
**433 West 21st Street, Apt. 3B**
**New York, NY  10011**
**EEOC Claim**

## Schedule 6

11

**Sasco Hill Brands LLC**
**6-Week Cash Forecast**

| Week Beginning | Week 1 6/11/2018 | Week 2 6/18/2018 | Week 3 6/25/2018 | Week 4 7/2/2018 | Week 5 7/9/2018 | Week 6 7/16/2018 | Week 7 7/23/2018 |
|---|---|---|---|---|---|---|---|
| **Revenue** | $30,000 | $35,000 | $35,000 | $35,000 | $35,000 | $40,000 | $40,000 |
| **Operating Expenses** | | | | | | | |
| Warehousing | - | - | $7,500 | - | - | $8,500 | - |
| Shipping & Handling | 1,200 | 1,225 | 1,225 | 1,225 | 1,225 | 1,400 | 1,400 |
| Credit Card Fees | 765 | 893 | 893 | 893 | 893 | 1,020 | 1,020 |
| Paid Media | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Ecommerce Software | - | 1,500 | - | - | 3,000 | - | - |
| Payroll | - | - | - | - | 9,240 | - | 9,240 |
| Guardian | - | - | 103 | - | - | - | 103 |
| Oxford | - | - | 1,135 | - | - | - | 1,135 |
| **Total Expenses excl Depreciation** | $2,965 | $5,118 | $12,356 | $3,618 | $15,857 | $12,420 | $14,398 |
| **Revenue less Cash Expenses** | $27,035 | $29,883 | $22,644 | $31,383 | $19,143 | $27,580 | $25,602 |
| Adequate Assurance Payment | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Total Non Operating Payments** | - | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| **Cash Flow After Adequate Assurance Payment** | $27,035 | $24,883 | $17,644 | $26,383 | $14,143 | $22,580 | $20,602 |
| **Cummulative Cash Flow After Adequate Assurance Paymer** | $27,035 | $51,918 | $69,562 | $95,944 | $110,087 | $132,667 | $153,270 |
| Inventory Replenishment | - | $32,500 | $15,000 | - | $20,000 | $15,000 | - |
| **Cummulative Cash Flow After Inventory Replenishment** | $27,035 | $19,418 | $22,062 | $48,444 | $42,587 | $50,167 | $70,770 |

1